## SCHOLZ ALUMINIUM GMBH, Plaintiff–Appellant,

v.

## GEARBULK, INC., Arrow Terminals, Inc., Defendants–Appellees.

No. 11–15501.

United States Court of Appeals, Eleventh Circuit.

Sept. 19, 2012.

Jerry R. Linscott, Jacob R. Stump, Robert W. Thielhelm, Jr., Baker & Hostetler, LLP, Benjamin A. Webster, Morgan & Morgan, PA, Orlando, FL, for Plaintiff–Appellant.

Allen Von Spiegelfeld, Eric Christopher Thiel, Samuel Carlson Higginbottom, Banker Lopez Gassler, PA, Timothy P. Shusta, Phelps Dunbar, LLP, Tampa, FL, for Defendants–Appellees.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

In this bailment action, after a bench trial the district court concluded that the contract between Scholz Aluminum GmbH and Arrow Terminals, Inc., concerning the proper procedure for releasing aluminum billets stored at Arrow's facility was ambiguous, took parol evidence, and entered final judgment for appellees Gearbulk, Inc., and Arrow Terminals, Inc. After thorough review, we can discern no error in the district court's interpretation of the contract between the parties or the district court's findings of fact. Accordingly, we affirm.

**AFFIRMED.**